1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE DISTRICT OF NEVADA

10

ANDREW PULLOS, d.b.a PRECISION
ENGINEERING

11

Plaintiff,

12

v.

13

ALLIANCE LAUNDRY SYSTEMS, LLC,

14

Defendant.

15

16

Case No.  3:07-CV-00169-LRH-RAM

**STIPULATION FOR EXTENSION OF
TIME TO FILE OPPOSITIONS TO
MOTIONS FOR SUMMARY JUDGMENT
AND ORDER**

17

In accordance with LR 6-1 and at the request of the Plaintiff, the parties hereby stipulate

18

that Plaintiff may have an extension of fifteen (15) days, up to and including October 10, 2008, to

19

file his Opposition to Defendant's Motions (2) for Summary Judgment.  In return, the parties also

20

stipulate that Defendant may have an identical extension of time; fifteen (15), days to file its

21

Opposition to Plaintiff's Motion for Summary Judgment, so that the briefing schedule is

22

consistent for both parties.  Plaintiff's Motion for Summary Judgment and both of Defendant's

23

Motions for Summary Judgment were filed and served on the same day, September 10, 2008.

24

25

/ / /

26

/ / /

27

/ / /

28

PARSONS
BEHLE &
LATIMER

989807.1

Page 1 of 2

Also in accordance with LR 6-1, Plaintiff requests this extension of time for the following reasons:

1.    This is a complicated antitrust and unfair trade practices case involving a number of complex issues.

2.    Defendant filed and served two Motions for Summary Judgment. Combined, both Motions consist of 47 pages and cite approximately 50 decisions.

3.    Plaintiff represents he has been working diligently on his Oppositions and has made significant progress on one of those Oppositions.

4.    Defendant has expressed a need to have consistent briefing schedules such that one party is not disadvantaged by a unilateral extension.

DATED: September 25, 2008.

It is so Stipulated and Agreed:

By: _____
    Andrew G. Pullos, Plaintiff Pro Se

By: _____
    Michael R. Kealy, Esq.
    Nevada Bar No. 0971
    50 W. Liberty Street, Suite 750
    Reno, Nevada 89501


IT IS SO ORDERED:

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: September 30, 2008

PARSONS
BEHLE &
LATIMER