IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| ANDREW PULLOS, d.b.a PRECISION ENGINEERING<br><br>Plaintiff,<br><br>v.<br><br>ALLIANCE LAUNDRY SYSTEMS, LLC,<br><br>Defendant. | Case No. 3:07-CV-00169-LRH-RAM<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY TO PLAINTIFF'S OPPOSITION TO ALLIANCE'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S FOURTH, FIFTH AND SIXTH CAUSES OF ACTION AND REPLY TO PLAINTIFF'S OPPOSITION TO ALLIANCE'S MOTION FOR SUMMARY JUDGMENT ON ALL ANTI-TRUST CLAIMS**<br><br>(FIRST REQUEST) |

IT IS HEREBY STIPULATED by and between Plaintiff, in *Pro Se*, and Defendant, by and through its counsel of record, Michael R. Kealy of Parsons Behle & Latimer, that Defendant Alliance Laundry Systems, LLC may have an extension of time up to and including October 28, 2008, within which to file its Reply to Plaintiff's Opposition to Alliance's Motion for Partial Summary Judgment on Plaintiff's Fourth, Fifth and Sixth Causes of Action, and its Reply to Plaintiff's Opposition to Alliance's Motion for Summary Judgment on All Antitrust Claims in the above-referenced matter.

This request is being made due to defense counsel's out-of-state travel for depositions in another case. The request is being made in good faith and not for purposes of delay. The defendant has been informed and approves of the request for extension.

DATED: October 15, 2008

*/s/ Andrew G. Pullos*

Andrew G. Pullos, Pro Se
1300 W. 2nd Street, #69
Reno, Nevada 89503
a.pullos@att.net
(775) 324-4363
(775) 560-7625

DATED: October 15, 2008

*/s/ Michael Kealy*

MICHAEL R. KEALY
Nevada Bar No. 0971
PARSONS BEHLE & LATIMER
50 West Liberty Street, Suite 750
Reno, NV 89501
mkealy@parsonsbehle.com
Telephone: (775) 323-1601
Facsimile: (775) 348-7250

JULIETTE P. WHITE, ESQ.
PARSONS BEHLE & LATIMER
201 South Main Street, Suite 1800
Salt Lake City, UT 84111
jwhite@parsonsbehle.com
Telephone: (801) 532-1234
Facsimile: (801) 536-6111

Attorneys for Defendant
Alliance Laundry Systems, LLC

IT IS SO ORDERED:

*/s/ Larry R. Hicks*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2008